# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0508
LT Case Nos. 2016-305131-CFDB
2016-305130-CFDB

_____

MICHAEL BOLAND,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 appeal from the Circuit Court for Volusia County.
Raul A. Zambrano, Judge.

Michael Boland, Perry, pro se.

Ashley Moody, Attorney General, Tallahassee, and Robin A. Compton, Assistant Attorney General, Daytona Beach, for Appellee.


December 5, 2023


PER CURIAM.

AFFIRMED.


EDWARDS, C.J., SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____